# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00240-CR

**Brenda Elaine King, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-12-1083, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an appeal pursuant to *Anders v. California*.[1]  Appellant Brenda Elaine King pleaded guilty to the offense of arson.[2]  As part of her plea agreement, King signed a stipulation of evidence in which she admitted that she had intentionally set fire to an apartment building as alleged in the indictment.  At the plea hearing, the district court found the evidence sufficient to support a finding of guilt, took the matter under advisement subject to a presentence investigation report, and reset the case for sentencing.  At the conclusion of the sentencing hearing, during which no additional evidence was offered, the district court sentenced King to 10 years' imprisonment.  This appeal followed.

King's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit.  The brief meets the requirements of

---

[1]  386 U.S. 738 (1967).

[2]  *See* Tex. Penal Code § 28.02(a).

*Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced.[3]  Counsel has certified to the Court that he has provided a copy of the motion and brief to King, advised King of her right to examine the appellate record and file a pro se response, and supplied King with a form motion for pro se access to the appellate record.[4]  In response, King has filed a short pro se brief and supplemental brief in which she complains generally of ineffective assistance of counsel, what she considers to be a disproportionate sentence, and various other actions in the proceedings below that she perceives to be "illegal."

We have reviewed the record, counsel's brief, and the pro se briefs.  We agree with counsel that the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.  Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Affirmed

Filed:   August 18, 2015

Do Not Publish

---

[3]  *See* 386 U.S. at 744-45; *see also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972).

[4]  *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).